United States District Court - Western District - Washington State

Oscar Lee Olive, IV
vs.
Hayley Marie Robinson

2:20-cv-00356-JLR
Declaration of Service

I DECLARE:
1. That I am over the age of 18 years, competent to be a witness, a resident of the State of Washington, a citizen of the United States and not a party to this action.
2. The documents were received on 03/11/2020.
3. The date, time and location of service were:
   Date:     03/11/2020                         Time:   02:49 PM
   Location:  487 Westerly Road, #102, Bellingham, WA 98226
4. The documents served were: **Summons In A Civil Action**
5. I duly served the above described documents upon: Hayley Marie Robinson
6. By leaving the above described documents with: **Hayley Marie Robinson - Female, Light skin, 20's, Average height, Medium build, Brown hair.**
7. PERSONAL: I am informed, and therefore allege, that the person named in paragraph 6 is the same person as named in paragraph 5.
8. The mailing was sent to Does Not Apply
9. The number of copies of the document served was: 1

I declare under the penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Signed at Bellingham on  3  - 12 - 20

Hillary L. Hitz
Registered Process Server 275-3719 Whatcom

$125.00

4th Corner Network, Inc.
110 Prospect Street
Bellingham, WA  98225
(360) 671-2455     (800) 321-2455

Oscar Lee. Olive IV
Client Ref:
340605