

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

OSCAR LEE OLIVE, IV., an individual ) Case No.: ~~C19-0211~~ JLR
    *Plaintiff*, )
) ANSWER TO COMPLAINT
    vs. )
)
HAYLEY MARIE ROBINSON, )
    *Defendant*. )

20-cv-00356-JLR

**COMES NOW** Defendant Hayley Marie Robinson and answers the Plaintiff's Complaint as follows:

## PARTIES

1. Defendant Hayley Marie Robinson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint and on that basis, denies them.

2. Defendant Hayley Marie Robinson admits the allegations contained in paragraph 2 of the Plaintiff's Complaint.

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

3. Defendant Hayley Marie Robinson is without knowledge or enough information to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint and on that basis, denies them.

4. Defendant Hayley Marie Robinson is without knowledge or enough information to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Complaint and on that basis, denies them.

5. Defendant Hayley Marie Robinson is without knowledge or enough information to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint and on that basis, denies them.

## JURISDICTION AND VENUE

6. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

## FACTS

8. Defendant Hayley Marie Robinson admits the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 10 of the Plaintiff's Complaint.

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

11. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 11 of the Plaintiff's Complaint. Any statements made by Defendant Hayley Robinson were true or constitute opinions, which are protected speech and not actionable under First Amendment to the US Constitution, Section 11, Article I, Section 5 of the Washington Constitution and Article 40 of the Maryland Constitution. The Plaintiff was discharged from the United States Marine Corp under other than honorable conditions. The "Administrative Discharge Board Report: Findings and Recommendations in the Case of Staff Sergeant Oscar L. Olive IV 1275292407/5512 USMC" ("Report, Findings and Recommendations") states, inter alia, that the Plaintiff was discharged from the military under "other than honorable" conditions. The Report, Findings and Recommendations state that the Administrative Discharge Board determined by a majority vote that the preponderance of the evidence proves Article 92 and 120 alleged in the notification ("charging document"). On information and belief, the reference is to Article 92 and Article 120 of the Uniform Code of Military Justice. Article 92 is "Failure to obey order or regulation" (10 U.S. Code § 892). Article 120 is "Rape and sexual assault generally." 10 U.S. Code § 920.

12. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13. Defendant Hayley Marie Robinson admits she filed chapter 7 bankruptcy.

14. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 20 of the Plaintiff's Complaint.

## FIRST CAUSE OF ACTION DEFAMATION

21. Defendant Hayley Marie Robinson repeats the answers set forth in paragraphs 1 through 20 of this answer.

22. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 24 of the Plaintiff's Complaint.

25. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 25 of the Plaintiff's Complaint.

## SECOND CAUSE OF ACTION

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. Defendant Hayley Marie Robinson repeats the answers set forth in paragraphs 1 through 25 of this answer.

27. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29. Defendant Hayley Marie Robinson denies the allegations contained in paragraph 29 of the Plaintiff's Complaint.

## OTHER ALLEGATIONS

30. Defendant Hayley Marie Robinson denies every other allegation in Plaintiff's complaint not specifically admitted.

## RESERVATION OF RIGHTS

31. Defendant Hayley Marie Robinson reserves the right to amend any of the above answers upon further discovery; to bring further counterclaims, third-party claims, or cross-claims against Plaintiff and any known or unknown defendant upon further discovery; to add, delete or revise any affirmative defense currently pled or to be pled in the future upon further discovery, and; to amend his prayer for relief upon further discovery.

## AFFIRMATIVE DEFENSES

**HAVING ANSWERED** Plaintiff's Complaint Defendant Hayley Marie Robinson now asserts the following affirmative defenses.

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

1. <u>First Affirmative Defense</u>.  Freedom of Speech.  The complaint is barred by the First Amendment to the United States Constitution, Section 11, the Washington Constitution, Article I, Section 5 and the Maryland Constitution, Article 40.  The statements are protected speech and not actionable.

2. <u>Second Affirmative Defense</u>.  Truth.  Any statements made by Defendant Hayley Robinson were true.  The Plaintiff was discharged from the United States Marine Corp under other than honorable conditions.  The "Administrative Discharge Board Report: Findings and Recommendations in the Case of Staff Sergeant Oscar L. Olive IV 1275292407/5512 USMC" ("Report, Findings and Recommendations") states, inter alia, that the Plaintiff was discharged from the military under "other than honorable" conditions.  The Report, Findings and Recommendations state that the Administrative Discharge Board determined by a majority vote that the preponderance of the evidence proves Article 92 and 120 alleged in the notification ("charging document").  On information and belief, the reference is to Article 92 and Article 120 of the Uniform Code of Military Justice.  Article 92 is "Failure to obey order or regulation" (10 U.S. Code § 892).  Article 120 is "Rape and sexual assault generally." 10 U.S. Code § 920.

3. <u>Third Affirmative Defense</u>.  Opinion.  Any statements made by Defendant Hayley Robinson constitute opinions, which are protected speech and not actionable.

4. <u>Fourth Affirmative Defense</u>.  The Complaint fails to state a claim upon which relief can be granted.

5. <u>Fifth Affirmative Defense</u>.  The Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiff, which amount to and constitute an estoppel of the claims and any relief sought thereby.  The Plaintiff has acted unethically and in bad faith with

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

respect to the subject of the complaint. The plaintiff is guilty of immoral, unconscionable conduct.

6. <u>Sixth Affirmative Defense</u>. If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, and/or activities of Plaintiff, and not the Defendant.

7. <u>Seventh Affirmative Defense</u>. Justification. The Defendant's actions were necessary to protect herself or others from harm.

8. <u>Eighth Affirmative Defense</u>. Meritless and frivolous lawsuit. The complaint constitutes frivolous conduct and is sanctionable under Civil Rule 11. There is no legal or factual basis for the filing of this lawsuit. This is the third lawsuit the Plaintiff has filed against Defendant. The first was filed on June 14, 2018 in the United States District Court for the Western District of Washington, case number 18-cv-00862. The second case was filed in the United States Bankruptcy Court for the Western District of Washington on August 20, 2019, case number Adv. Proc. No. 19-01105. The bankruptcy proceeding was scheduled for trial on March 20, 2020 but was continued to June 5, 2020 due to COVID-19. The discovery deadline has passed. This third case, which was filed on March 4, 2020 contains the same allegations as the other two complaints. This lawsuit is meritless and frivolous.

9. <u>Ninth Affirmative Defense</u>. Defendant Hayley Robinson expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

## V. COUNTERCLAIM

By way of further answer and as a counterclaim to the Plaintiff's complaint, Defendant Hayley Robinson alleges as follows:

1. The Plaintiff was discharged from the United States Marine Corp under other than honorable conditions. The "Administrative Discharge Board Report: Findings and Recommendations in the Case of Staff Sergeant Oscar L. Olive IV 1275292407/5512 USMC" ("Report, Findings and Recommendations") states, inter alia, that the Plaintiff was discharged from the military under "other than honorable" conditions. The Report, Findings and Recommendations state that the Administrative Discharge Board determined by a majority vote that the preponderance of the evidence proves Article 92 and 120 alleged in the notification ("charging document"). On information and belief, the reference is to Article 92 and Article 120 of the Uniform Code of Military Justice. Article 92 is "Failure to obey order or regulation" (10 U.S. Code § 892). Article 120 is "Rape and sexual assault generally." 10 U.S. Code § 920.

2. Any statements made by Defendant Hayley Robinson were either true or constitute opinions and are not actionable. They are protected speech under the United States Constitution, Section 11, the Washington Constitution, Article I, Section 5 and the Maryland Constitution, Article 40.

3. Notwithstanding the truthful nature of Defendant Hayley Robinsons statements the Plaintiff has nevertheless, in bad faith, filed three frivolous and vexatious lawsuits setting forth meritless claims with no legal or factual basis alleging preposterous damages to cause her harm, get her to retract her statements and financial gain. Plaintiff's actions are an abuse of the legal process for which Defendant should be compensated.

4. Plaintiff has filed frivolous litigation knowing it would be cumbersome and expensive for Defendant Hayley Robinson to defend and calculated to chill her right to free speech.

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

5. The allegations in the complaint have no basis in law. The true purpose of this lawsuit is to suppress public disclosure and discourse which is true but critical of the Plaintiff. The Plaintiff his filed this and other lawsuits to harass and maliciously injure Defendant Hayley Robinson.

6. The allegations and prayer for relief in the complaint is not warranted under existing law, cannot be supported by a good faith argument for an extension, modification, or reversal of existing law, and/or cannot be supported by a good faith argument for the establishment of new law.

7. The federal court rules provide, in part, that the signature of a pro se party constitutes a certificate by the party that the party has read the document; that to the best of the party's knowledge, information, and belief there is good ground to support it; and that it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. Federal Rule of Civil Procedure 11(a) and (b). If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Federal Rule of Civil Procedure 11(c).

8. This is a meritless and frivolous lawsuit filed in violation of Federal Rule of Civil Procedure 11. There is no good ground to support the Plaintiff's claims in the complaint. It is being presented to supress Defendant Hayley Robinson's freedom of speech and for the improper purpose to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

## FRIVOLOUS ACTION

9. Defendant Hayley Marie Robinson repeats and incorporates all prior allegations.

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

10. The Plaintiff's lawsuit is "frivolous and advanced without reasonable cause" as provided by RCW 4.84.185.

11. The Plaintiff's actions are sanctionable under RCW 4.84.185.

## RELIEF REQUESTED

**WHEREFORE** Defendant Hayley Robinson requests that judgment be entered as follows:

1. Dismissing the Plaintiff's complaint with prejudice and without an award of costs to him;

2. Awarding Defendant Hayley Robinson damages on her counterclaim in the amount of $15,000 or in an amount to be established at the time of trial;

3. Awarding Defendant Hayley Robinson her statutory costs and attorney fees; and

4. Awarding Defendant Hayley Robinson any further relief which the court finds appropriate, equitable or just.

2. Awarding Defendant further relief which the court finds appropriate, equitable or just.

Dated: 03/28/2020         /s/ *Hayley Robinson*
                          Hayley Robinson, Defendant

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

## DECLARATION OF MAILING

THE UNDERSIGNED CERTIFIES UNDER PENALTY OF PERJURY THAT ON 03/28/2020 THE UNDERSIGNED CAUSED TO BE DELIVERED EITHER BY FIRST CLASS MAIL, LEGAL MESSENGER OR ELECTRONICALLY A COPY OF THIS ANSWER TO COMPLAINT TO THE PLAINTIFF, OSCAR LEE OLIVE, IV AT 101 N. OCEAN DR., STE. 132, HOLLYWOOD, FL 33019 AND EMAIL: OSCAR.L.OLIVE@GMAIL.COM.

*Dated*: 03/28/2020            /s/ *Hayley Marie Robinson*
                               Hayley Marie Robinson, Defendant

ANSWER TO COMPLAINT

HAYLEY MARIE ROBINSON
487 WESTERLY ROAD, #102
BELLINGHAM, WA 98226

Robinson
erly Rd. APT #102
m, WA 98226





U.S. District Court clerk's office
700 Stewart street, Suite 2310
Seattle, WA 98101

