The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR LEE OLIVE, IV., an individual<br><br>Plaintiff,<br><br>v.<br><br>HAYLEY MARIE ROBINSON, an individual, and Does 1-20 inclusive<br><br>Defendants | No. 2:20-cv-00356-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF OSCAR LEE OLIVE IV'S MOTION TO DISMISS DEFENDANT ROBINSON'S COUNTERCLAIM PURSUANT TO F.R.C.P. 12(b)(6).** |

This matter having come before the Court on Plaintiff Oscar Lee Olive, IV's Motion to Dismiss Defendant Holy Marie Robinson's Counterclaim and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and Defendant Robinson's counterclaim is hereby dismissed with prejudice.

Dated this _____ day of May, 2020.

_____
The Honorable James L. Robart
United States District Judge

Presented by Plaintiff Oscar Lee Olive, IV.

[PROPOSED] ORDER

1

Oscar Olive (Plaintiff)
101 N. Ocean Drive, Suite 132
Hollywood, FL 33319   (850) 319-9023

CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the state of Washington, and under the laws of the United States, that

[ X ]   I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

and/or

[ X ]   On April 23, 2020 I mailed by USPS First Class Mail, postage prepaid, in a sealed envelope, the attached document to the following parties:

*Hayley Marie Robinson*

*487 Westerly Road # 102*

*Bellingham, WA 98226*

DATED this 23th day of April 2020, at Hollywood, Florida.

/s/ *Nichole Crowley*

[PROPOSED] ORDER — 2

Oscar Olive (Plaintiff)
101 N. Ocean Drive, Suite 132
Hollywood, FL 33319   (850) 319-9023