UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV,<br><br>                Plaintiff,<br><br>   v.<br><br>HAYLEY MARIE ROBINSON,<br><br>                Defendant. | CASE NO. 2:20-cv-00356-JLR-BAT<br><br>**ORDER STAYING DEADLINES** |

      This case has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3. Presently pending is a motion to dismiss of Counter-Defendant Olive. Dkt. 10. On June 30, 2020, the parties filed a Joint Status Report indicating an intent to move this case forward. Dkt. 17. For the reasons stated herein, the Court will delay issuing a pretrial schedule and will stay this matter pending proceedings in bankruptcy.

      Plaintiff Oscar Lee Olive previously sued Defendant Hayley Marie Robinson and raised similar allegations of tortious conduct. *See* Case 18-862-BAT ("First Case"). After Defendant filed for bankruptcy on August 20, 2019 (*see* Adv. Proc. No. 19-01105) ("Bankruptcy Proceeding") the court stayed further proceedings in the First Case against Defendant. The Bankruptcy Proceeding is scheduled for trial on September 28, 2020, at which time Chief Bankruptcy Judge Barreca will adjudicate Plaintiff's claim that Defendant's acts are intentional

ORDER STAYING DEADLINES - 1

torts and are therefore, not dischargeable in bankruptcy.

As the adjudication of these issues in the Bankruptcy Proceeding are relevant and potentially dispositive of the allegations raised in this case, it is **ORDERED** that all proceedings in this case, including any pending motions and deadlines, are **STAYED** pending the outcome of the Bankruptcy Proceeding.

DATED this 7th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STAYING DEADLINES - 2