UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV,<br><br>                Plaintiff,<br><br>   v.<br><br>HAYLEY MARIE ROBINSON,<br><br>                Defendant. | CASE NO. 2:20-cv-00356-JLR-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

Plaintiff Oscar Lee Olive, IV seeks to amend his complaint to add findings by the U.S. Bankruptcy Court and the Bankruptcy Appellate Panel and allegations that Defendant is causing ongoing injury to Plaintiff. Defendant Haley Marie Robinson filed no response to the motion.

Accordingly, it is ORDERED that Plaintiff's motion to amend is GRANTED. The Clerk is directed to docket Plaintiff's First Amended Complaint for Damages, found at Dkt. 32-1, pp. 1-7.

DATED this 3rd day of May, 2022.

                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge